HEMAN v. SHUMATE et al., Appellants.

In Banc, June 19, 1900.

Appeal from St. Louis City Circuit Court.—*Hon. Franklin Ferris*, Judge.

AFFIRMED.

*Grover & Grover* and *G. B. Webster* for appellants.

*H. P. Rodgers, David Goldsmith*, and *Collins, Jamison & Chappell* for respondent.

BURGESS, J.—This is a companion case to the case of Heman v. Allen, decided at the present term, and reported in 156 Mo. 530, and for the same reasons assigned in that case it is affirmed. All concur.